**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DeLARRON KEITH WASHINGTON,                                                              PETITIONER
ADC #103179

v.                                            5:10-cv-00224-SWW-JJV

RAY HOBBS, Director,                                                                    RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. A certificate of appealability is DENIED.

DATED this 3rd day of December, 2010.

**/s/Susan Webber Wright**
UNITED STATES DISTRICT JUDGE