IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| DeLARRON KEITH WASHINGTON, ADC # 103179, | * * * |
| Petitioner, | * * |
| vs. | *   No. 5:10CV00224 SWW *  |
| RAY HOBBS, Director, Arkansas Department of Correction, | * * * * |
| Respondent. | * |

**Order**

Before the Court is petitioner's motion for a certificate of appealability. The Court finds the motion [docket entry 18] should be and is hereby denied as moot.[1]

DATED this 2nd day of February, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The Court denied a certificate of appealability in its judgment dismissing petitioner's petition for writ of habeas corpus. *See* docket entry 16.